AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cox, Emmett R. | 2. Court or Organization<br><br>U.S. Court of Appeals, Eleventh Circuit | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>113 St. Joseph Street<br>Room 433<br>Mobile, AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Secretary | 204 Oswalt Condominium Owners Association (see Section VIII for description) |
| 2. Secretary-Treasurer | Mobile Bay Compass Rose Fleet of International Yachting Fellowship of Rotarians |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting Individual only; see pp. 14-16 of filing Instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE | 08/09/09 - 08/13/09 | Gallatin Gateway, MT | Seminar | Lodging, meals, and airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filling instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filling instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Secured promissory note (formally held by NationsBank, N.A.), paid in full in 2009 | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds: Euro Pacific Growth A (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/26/09 | J | | |
| 2. RBC Centura Bank (Account) | A | Interest | J | T | | | | | |
| 3. BankTrust (Accounts) | A | Interest | J | J | | | | | |
| 4. The Vanguard Value Index Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 5. Harbor Fund Capital Appreciation (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/28/09 | J | | |
| 6. Matthews Int'l Funds: Asian Grth & Income Fund (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/10/09 | J | | |
| 7. TDAM MM Portfolio Investor Class (Account) | A | Dividend | J | T | | | | | |
| 8. Army Aviation Center FCU (Account) | A | Interest | J | T | | | | | |
| 9. Franklin Federal Ala T/F/Incm CL A (Mutual Fund) | A | Interest | K | T | Buy (add'l) | 12/23/09 | J | | |
| 10. | | | | | Sold (part) | 02/17/09 | J | | |
| 11. Oppenheimer Developing Markets CL A (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/09/09 | J | | |
| 12. Sit New Beginning Tx Fr Inc Com (Mutual Fund) | A | Interest | J | T | Buy (add'l) | 01/02/09 | J | | |
| 13. Vanguard INFL-Protected Secs Fd (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/24/09 | J | | |
| 14. TDAM MM Portfolio Investor Class (Account) | A | Dividend | J | T | | | | | |
| 15. American Funds Europacific Growth F2 CL (Mutual Fund) | A | Dividend | J | T | Sold (part) | 05/15/09 | J | | |
| 16. | | | | | Sold (part) | 08/17/09 | J | A | |
| 17. | | | | | Sold (part) | 11/16/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brandywine Funds Com (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/31/09 | J | | |
| 19. Clipper Fund Inc Com (Mutual Fund) | A | Dividend | K | T | Sold (part) | 08/17/09 | J | A | |
| 20. | | | | | Sold (part) | 11/16/09 | J | A | |
| 21. Janus Invt Fund: Perkins Mid Cp VL Inv (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/21/09 | J | | |
| 22. Professionally Mdg Ptfl Osterweis Fund (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/16/09 | J | | |
| 23. Sequoia Fund Inc Com (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/31/09 | J | | |
| 24. | | | | | Sold (part) | 08/18/09 | J | A | |
| 25. | | | | | Sold (part) | 11/17/09 | J | A | |
| 26. Third Avenue Tr Int'l Value Fund (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/23/09 | J | | |
| 27. Ishares: Russell 3000 Index Fund (Mutual fund) | A | Dividend | J | T | | | | | |
| 28. Ishares: GSCI Commodity Indexed Trust (Mutual Fund) | | None | J | T | Sold (part) | 12/30/09 | J | | |
| 29. Ishares: DJ US Real Estate (Mutual fund) | A | Dividend | J | T | Buy (add'l) | 08/25/09 | J | | |
| 30. Ishares: MSCI EAFE Index Fund (Mutual fund) | A | Dividend | | | Sold | 08/24/09 | J | A | |
| 31. American Funds: Euro Pacific Growth F (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/28/09 | J | | |
| 32. | | | | | Sold (part) | 07/27/09 | J | A | |
| 33. | | | | | Sold (part) | 10/26/09 | J | A | |
| 34. | | | | | Sold (part) | 11/20/09 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds: Growth Fund of America F (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/22/09 | J | | |
| 36. Clipper Fund Inc Com (Mutual Fund) | A | Dividend | J | T | Sold (part) | 07/27/09 | J | A | |
| 37. | | | | | Sold (part) | 10/26/09 | J | A | |
| 38. Loomis Sayles Fds I Bd Fd Instl (Mutual Fund) | B | Dividend | K | T | Buy (add'l) | 11/20/09 | J | | |
| 39. | | | | | Buy (add'l) | 11/20/09 | J | | |
| 40. | | | | | Buy (add'l) | 12/14/09 | J | | |
| 41. Mainstay Funds: ICAP Select Equity Fd CL I (Mutual Fund) | A | Dividend | J | T | Sold (part) | 04/24/09 | J | A | |
| 42. Professionally Mgd Ptfl: Osterweis Fund (Mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/16/09 | J | | |
| 43. Sequoia Fund Inc Com (Mutual Fund) | | None | K | T | Buy (add'l) | 12/31/09 | J | | |
| 44. Third Avenue Tr Intl Value Fund (Mutual Fund) | | None | K | T | Buy (add'l) | 12/23/09 | J | | |
| 45. Ishares: GSCI Commodity Indexed Trust (Mutual Fund) | | None | | | Sold | 12/31/09 | J | B | |
| 46. Pimco Funds, Commodity/Real Ret Strat Instl (Mutual Fund) | | None | J | T | Buy | 12/30/09 | J | | |
| 47. Pimco Funds Commidity/Real Ret Strat Instl (Mutual Fund) | | None | J | T | Buy | 12/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section I. Positions.

204 Oswalt Condominium Owners Association is a not-for-profit association that holds title to and manages the common areas for three condominium units, one of which is owned by [ ]

Section VII. Investments and Trusts.

On the 2008 Financial Disclosure Report, Entry 81 - Stratton Multi-Cap Fund, Com was sold in its entirety on 12/22/08 for less than $15,000 for a loss. This sale was mistakenly left off the 2008 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES _____ T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544